**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Rebecca Grey SBN 194940
**THE GREY LAW FIRM PC**
235 Montgomery Street, Suite 1101
San Francisco, CA 94104
Tel:    415.262.9926
Fax:   415.262.9981

Attorneys for Plaintiff
ROBERT GLANTZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/ OAKLAND DIVISION

| | |
|---|---|
| ROBERT GLANTZ, an individual, )<br><br>          Plaintiff, )<br> )<br>v. )<br> )<br>CIGNA LIFE INSURANCE COMPANY; )<br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA; OMNICOM )<br>BENEFITS INC., OMNICOM BENEFITS )<br>INC. INSURANCE PLAM, )<br><br>          Defendants. | CASE NO. 3:15-cv-00211 WHO<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the Plaintiff ROBERT GLANTZ, and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") by and through its counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit with respect to the above.

**SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED:  June 1, 2015                By:  */s/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

**THE GREY LAW FIRM P.C.**

DATED:  June 1, 2015                By:  */s/ Rebecca Grey*
REBECCA GREY
Attorneys for Plaintiff
FRANCIS SWENSON

**SO ORDERED.**

DATED: June 1, 2015        By: _____
Honorable William H. Orrick
United States Magistrate Judge
Northern District of California

2
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
Case No.  3:15-CV-00211 WHO